```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    CARLOS A. GONZALEZ
 3  Assistant United States Attorney
    333 Las Vegas Blvd. So., #5000
 4  Las Vegas, Nevada   89101
    Ph: (702) 388-6336
 5  Fax: (702) 388-6787

 6  Attorneys for the United States.

 7
 8                    UNITED STATES DISTRICT COURT

 9                        DISTRICT OF NEVADA

10  YEKATERINA KHRONUSOVA,        )
                                  )
11             Plaintiff,         )
                                  )
12  v.                            )  Case No. 2:06-cv-1437-RCJ-GWF
                                  )
13  ALBERTO R. GONZALES, U.S.     )
    Attorney General;             )
14                                )
               Defendants.        )
15  _____)

16        **FEDERAL DEFENDANTS' MOTION TO DISMISS AS MOOT**
          **PLAINTIFF'S FIRST AMENDED COMPLAINT FOR WRIT**
17        **IN THE NATURE OF MANDAMUS & DECLARATORY JUDGMENT**

18       The Federal Defendants, Department of Homeland Security,

19  Citizenship and Immigration Services ("CIS"), and the Federal

20  Bureau of Investigation ("FBI"), by Daniel G. Bogden, United

21  States Attorney for the District of Nevada, and Carlos A.

22  Gonzalez, Assistant United States Attorney, respectfully request

23  that this honorable Court dismiss as moot Plaintiff's First

24  Amended Complaint for Writ In the Nature of Mandamus &

25  Declaratory Judgment (Docket #2).

26  . . .
```

1   This Motion is based on the Memorandum of Points and
2 Authorities attached hereto and incorporated herein.
3   DATED this 16th day of January, 2007.
4                                   Respectfully submitted,
5                                   DANIEL G. BOGDEN
                                    United States Attorney
6
7                                     /s/ CARLOS A. GONZALEZ
                                    CARLOS A. GONZALEZ
8                                   Assistant United States
                                      Attorney
9
OF COUNSEL:
10
David L. Peters
11 U.S. Citizenship and Immigration Services

12 David Staretz
   Federal Bureau of Investigation
13

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   BACKGROUND**

On November 13, 2006, Plaintiff filed her First Amended Complaint for Writ in the Nature of Mandamus & Declaratory Judgement ("Complaint") (#2).  Summonses were issued to all named Federal Defendants on November 13, 2006 (#3-8).  Plaintiff served a copy of the Summons and Complaint on the United States Attorney's Office for the District of Nevada by certified mail on November 14, 2006.  The Federal Defendants' answer is due today, January 16, 2007.

The CIS has notified undersigned counsel that Plaintiff's Form I-485, Application to Register Permanent Resident or Adjust Status, has been approved.[1]  For this reason, the Federal Defendants request that this honorable Court dismiss as moot Plaintiff's Complaint.

**II.   ARGUMENT**

The mootness doctrine applies to a complaint for which relief has already been granted.  *See Idaho Dept. of Fish & Game v. National Marine Fisheries Service*, 56 F.3d 1071, 1074-75 (9th Cir. 1995).  A case should be dismissed as moot when "there is no effective relief remaining for a court to provide." *GATX/Airlog Co. v. U.S. Dist. Court for Northern Dist. of California*, 192 F.3d 1304, 1306 (9th Cir. 1999) (citation omitted).  *See also*, *State of Nev., ex rel. Nevada State Bd. of Agriculture v. United*

---

[1]   *See* attached Exhibit 1, approved Form I-458.

3

1  *States*, 699 F.2d 486, 487 (9th Cir. 1983) (following the "general
2  rule that when actions complained of have been completed or
3  terminated, declaratory judgment and injunctive actions are
4  precluded by the doctrine of mootness").
5      On January 11, 2007, the CIS notified this office that
6  Plaintiff's Form I-485, Application to Register Permanent
7  Resident or Adjust Status, has been approved.  A copy of the
8  approved I-485 is attached as Exhibit 1.  Because the relief
9  Plaintiff sought through his Complaint has been granted by the
10 CIS, there is no further relief remaining for this Court to
11 provide.
12 . . .
13 . . .
14 . . .
15 . . .
16 . . .
17 . . .
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

4

**III. CONCLUSION**

The CIS having approved Plaintiff's Form I-485, Application to Register Permanent Resident or Adjust Status, Plaintiff's Complaint should now be dismissed as moot.

DATED this 16th day of January, 2007.

                                        Respectfully submitted,

                                        DANIEL G. BOGDEN
                                        United States Attorney

                                        /s/ Carlos A. Gonzalez
                                        Carlos A. Gonzalez
                                        Assistant United States
                                            Attorney

OF COUNSEL:

David L. Peters
U.S. Citizenship and Immigration Services

David Staretz
Federal Bureau of Investigation

                                        IT IS SO ORDERED:

                                        _____
                                        UNITED STATES DISTRICT JUDGE

                                        DATE:  March 23, 2007